Mark A. Cantor (MI Bar No. P32661)
mcantor@ brookskushman.com
Matthew M. Jakubowski (MI Bar No. P63194)
mjakubowski@brookskushman.com
Christopher C. Smith (CA Bar No. 238882)
csmith@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center – 22nd Floor
Southfield, MI 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff
Crypton, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRYPTON, INC.,**  <br><br>                    **Plaintiff,**  <br><br>     v.  <br><br> **CALIFORNIA FURNISHINGS, INC.** *DBA* **SOFA OUTLET and MARY SEATON,**  <br><br>                    **Defendants.** | **Case No.   CV 11-04579** ~~LB~~ **SC**  <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Crypton, Inc. ("Crypton") and
2  defendants Mary Seaton and California Furnishings, Inc. (collectively "California Furnishings"),
3  hereby stipulate and agree to Crypton's voluntarily dismissal of its claims against California
4  Furnishings and to California Furnishings' voluntary dismissal of its counterclaims and
5  affirmative defenses against Crypton.  This dismissal is with prejudice and constitutes a complete
6  dismissal of this action.  Crypton and California Furnishings each bears its own costs, expenses
7  and attorneys' fees.

Dated:  December 8, 2011

Respectfully submitted,

**BROOKS KUSHMAN P.C.**


By: /s/ Christopher C. Smith
      Mark A. Cantor (MI Bar No. P32661)
      Matthew M. Jakubowski (MI Bar No. 63194)
      Christopher C. Smith (CA Bar No. 238882)
      1000 Town Center, 22nd Floor
      Southfield, MI 48075
      Tel: (248) 358-4400 / Fax: (248) 358-3351
      Email:  mcantor@brookskushman.com
                 mjakubowski@brookskushman.com
                 csmith@brookskushman.com

*Attorneys for Plaintiff Crypton, Inc.*


**LAW OFFICES OF MITCH ONU**


By: /s/ Mitch Obiora Onu w/ Consent
      Mitch Obiora Onu, Esq. SBC # 270828
      503 Seaport Court, Suite 105
      Redwood City, CA 94063
      Tel: (650) 299-9028 / Fax: (650) 299-9316
      Email:  mitch@lawofficesofmitchonu.com

*Attorney for Defendants*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

---

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE
CASE NO. CV 11-04579 LB

1

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 8, 2011, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:  Christopher C. Smith, Mitch O. Onu.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:

**BROOKS KUSHMAN P.C.**

By: /s/ Christopher C. Smith
Mark A. Cantor (MI Bar No. P32661)
Matthew M. Jakubowski (MI Bar No. 63194)
Christopher C. Smith (CA Bar No. 238882)
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400 / Fax: (248) 358-3351
Email:  mcantor@brookskushman.com
mjakubowski@brookskushman.com
csmith@brookskushman.com

*Attorneys for Plaintiff Crypton, Inc.*